IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 02-cv-1533-PSF-BNB

JOHN A. DeGRADO,

    Plaintiff,

v.

JEFFERSON PILOT FINANCIAL INSURANCE COMPANY,
a Nebraska corporation,

    Defendant.

## ORDER ON PLAINTIFF'S MOTION FOR ADDITIONAL COSTS

This matter comes before the Court on plaintiff's motion for an award of additional costs, filed June 20, 2005 (Dkt. # 152) ("Plaintiff's Motion").  The motion is DENIED for the following reasons.

On May 17, 2005, the Clerk of the Court taxed costs in favor of plaintiff and against defendant in the amount of $3,249.46.  Some 34 days later, plaintiff filed the instant motion requesting an award of additional costs for copying beyond those allowed by the Clerk of the Court, and for costs of counsel's travel and lodgings, which items were not requested when plaintiff filed his Bill of Costs.

Rule 54(d)(1), F.R.Civ.P., provides that the Clerk of Court may tax costs on one day's notice, and "[o]n motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."  Here, plaintiff waited far beyond the applicable deadline to file its request for review.  The Tenth Circuit has held that untimely filed motions for review of costs constitute a waiver of the right to challenge the award.  *Bloomer v.*

*United Parcel Service, Inc.,* 337 F.3d 1220, 1221 (10th Cir. 2003).  Because it is untimely, plaintiff's motion (Dkt. # 152) is DENIED.

    DATED:  June 29, 2005

                                                    BY THE COURT:

                                                    s/ Phillip S. Figa
                                                    _____
                                                    Phillip S. Figa
                                                    United States District Judge