IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 02-cv-1533-PSF-BNB

JOHN A. DeGRADO,

    Plaintiff,

v.

JEFFERSON PILOT FINANCIAL INSURANCE COMPANY, a Nebraska corporation,

    Defendant.

## ORDER ON REMAND FROM COURT OF APPEALS

This matter comes before the Court pursuant to the decision of the Court of Appeals for the Tenth Circuit issued June 28, 2006, in which the court reversed in part the determination of this Court on plaintiff's claim under ERISA, and directed this Court to "remand the case to [Defendant] Jefferson for further proceedings consistent with this opinion." *DeGrado v. Jefferson Pilot Financial Ins. Co.*, 451 F.3d 1161, 1176 (10th Cir. 2006). The mandate of the Tenth Circuit was issued on August 29, 2006. Pursuant to the direction of the Tenth Circuit, this case is hereby remanded to Defendant Jefferson Pilot for further proceedings consistent with the opinion of the Tenth Circuit.

By Order entered August 22, 2006, the Tenth Circuit denied the appellant's motion for costs, and in the same order transferred to this Court that part of appellant's request for costs relating to the appeal docketing fee and the premiums paid for the supersedeas bond (Order at 2). That portion of appellant's cost request is DENIED at

this time without prejudice, subject to being renewed upon completion by Jefferson Pilot of the remanded further proceedings.

DATED: September 1, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge