IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 02-cv-01533-PSF-BNB

JOHN A. DeGRADO,

    Plaintiff,

v.

JEFFERSON PILOT FINANCIAL INSURANCE COMPANY,
a Nebraska corporation,

    Defendant.

## ORDER REGARDING REMOVAL FROM CM/ECF LIST

    This matter is before the Court on the Request To Be Taken Off of The CM/ECF List (Dkt. # 170), filed by Laura E. Schwartz, Esq. and Paula Griesen, Esq. The Court deems this request to be a motion, GRANTS said motion and hereby ORDERS that Laura E. Schwartz and Paula Griesen be removed from the CM/ECF mailing list in the above-referenced case.

    DATED: October 10, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge