IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 02-cv-01533-WYD-BNB

JOHN A. DeGRADO,

    Plaintiff,

v.

JEFFERSON PILOT FINANCIAL INSURANCE COMPANY, a Nebraska corporation,

    Defendant.

---

## ORDER

---

This matter is before the Court in connection with the Order to Show Cause of January 22, 2008. Defendant was ordered therein to show cause by January 29, 2008 why it failed to file a redetermination of claim with the Court. A response was filed on January 23, 2008, which indicates that Defendant timely submitted the redetermination of claim to Plaintiff and that it did not believe the redetermination was a litigation document that needed to be submitted to the Court.

The Court, having reviewed the response and being fully advised in the premises,

ORDERS that the Order to Show Cause of January 22, 2008 is **DISCHARGED**. Defendant need not submit the redetermination of claim with the Court. It is

FURTHER ORDERED that Plaintiff shall submit a status report to the Court on or before **Monday, February 11, 2008**, as to whether he intends to appeal the

redetermination of claim to the Court and, if not, whether dismissal of the case is appropriate.

Dated: January 28, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge