IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 02-cv-01533-WYD-BNB

JOHN A. DeGRADO,

    Plaintiff,

v.

JEFFERSON PILOT FINANCIAL INSURANCE COMPANY,
A Nebraska Corporation

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Unopposed Motion for Leave to File Response Brief in Excess of Page Limits [doc. #228 filed 9/9/08] is **GRANTED.** Plaintiff may file a Response Brief in connection with Defendant's motion for summary judgment of up to and including, but not to exceed, 25-pages in length, exclusive of the fact section.

    Also, a hearing on the cross motions for summary judgment is set for **Tuesday, December 2, 2008, at 11:00 a.m.**

    Dated: September 10, 2008.