IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 02-cv-01533-WYD-BNB

JOHN A. DeGRADO,

    Plaintiff,

v.

JEFFERSON PILOT FINANCIAL INSURANCE COMPANY,
A Nebraska Corporation

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant's Unopposed Motion for Leave to File Reply in Excess of Page Limits (Doc. # 235 filed October 13, 2008) is **GRANTED**. Also, Defendant Jefferson Pilot's Motion for Leave to File its Reply in Support of its Post-Remand Motion for Summary Judgment Out of Time (Doc. # 236 filed October 14, 2008) is **GRANTED**.

    Dated: October 14, 2008.