**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

---

Courtroom Deputy:    Robert R. Keech       Date:   January 9, 2009
E.C.R./Reporter:     Therese Lindblom

---

Civil Action No: **02-cv-01533-WYD-BNB**     <u>Counsel:</u>

**JOHN A. DEGRADO**,                Thomas L. Roberts
                                     Marilee E. Langhoff

         Plaintiff,                Alexa R. Salg

v.

**JEFFERSON PILOT INSURANCE**       Michael S. Beaver
**COMPANY**,                                 Catherine C. Crane

         Defendant.

---

**COURTROOM MINUTES**

---

**HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT**

**9:16 a.m.**      Court in Session

              APPEARANCES OF COUNSEL.

              Court's opening remarks.

              Plaintiff's Motion for Summary Judgment [doc. #199], filed March 28, 2008, and
              Defendant's Motion for Summary Judgment [doc. #210], filed May 16, 2008, are
              raised for argument.

9:31 a.m.      Argument by Plaintiff (Ms. Langhoff).

9:43 a.m.      Argument by Defendant (Mr. Beaver).

10:33 a.m.     Argument by Plaintiff (Ms. Langhoff).

**10:49 a.m.**     Court in Recess

**11:05 a.m.**     Court in Session

11:05 a.m.     Argument by Plaintiff (Ms. Langhoff).

11:16 a.m.     Argument by Plaintiff (Mr. Roberts).

11:22 a.m.     Argument by Defendant (Mr. Beaver).

**ORDERED:**     Plaintiff's Motion for Summary Judgment [doc. #199], filed March 28, 2008, is **TAKEN UNDER ADVISEMENT.**

**ORDERED:**     Defendant's Motion for Summary Judgment [doc. #210], filed May 16, 2008, is **TAKEN UNDER ADVISEMENT.**

**11:35 a.m.**     Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   2:03**