IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Case No. 02-cv-01533-WYD-BNB

JOHN A. DeGRADO,

    Plaintiff,

v.

JEFFERSON PILOT FINANCIAL INSURANCE COMPANY,
a Nebraska Corporation,

    Defendant.

## ORDER

THIS MATTER comes before the Court on Defendant Jefferson Pilot Financial Insurance Company's Motion to Stay Execution of Judgment and Tender of Supersedeas Bond [doc. # 260] filed April 2, 2009. The motion seeks an order staying execution of the portion of the Court's February 5, 2009 Final Order on Review of Administrative Record awarding Plaintiff monetary relief. The motion tendered Supersedeas Bond No. 6629950 in the amount of $803,623,48 to secure the judgment pending appeal. Defendant contends that this bond is adequate to secure the Court's damages award, pre-judgment interest, additional benefit payments that may accrue during the appeal, and the post-judgment interest that may accrue. The bond is not intended to cover any attorneys' fees that may be awarded in the future.

Defendant's motion indicated that the relief was opposed. However, Plaintiff filed a response on April 22, 2009, which indicates that Plaintiff withdrew its objection to

Defendant's pending stay request. This was based on Defendant's representation that it will obtain a second supersedeas bond to cover an award of attorneys' fees if such fees are awarded by the Court. A reply was filed by Defendant on April 23, 2009.

I find that Defendant's motion should be granted. First, it is now unopposed by Plaintiff. Second, I find that the relief sought in the motion is appropriate and the Supersedeas Bond is adequate to protect Plaintiff during the pendency of the appeal. Accordingly, it is

ORDERED that Defendant Jefferson Pilot Financial Insurance Company's Motion to Stay Execution of Judgment and Tender of Supersedeas Bond [doc. # 260] filed April 2, 2009 is **GRANTED**. The portion of the judgment relating to the Court's award of monetary relief pursuant to its February 5, 2009 Final Order on Review of Administrative Record is **STAYED** during the pendency of the appeal and the Supersedeas Bond is **APPROVED** pursuant to FED. R. CIV. P. 62(d).

Dated: May 1, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge