IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 02-cv-01533-WYD-BNB

JOHN A. DeGRADO,

    Plaintiff,

v.

JEFFERSON PILOT FINANCIAL INSURANCE COMPANY,
A Nebraska Corporation

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Defendant's Motion for Leave to File Surreply in Response to Plaintiff's Request for Additional Attorney Fees and Costs Contained in His Reply in Support of His Motion for Attorney Fees (filed June 4, 2009) is **GRANTED**.  The Surreply shall be filed no later than **Friday, June 12, 2009**.

    Dated:  June 9, 2009.