**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   June 22, 2009 |
| E.C.R./Reporter:   Therese Lindblom | |

Civil Action No: **02-cv-01533-WYD-BNB**          Counsel:

**JOHN A. DEGRADO**,                                              Thomas L. Roberts
                                                                                  Marilee E. Langhoff
          Plaintiff,

v.

**JEFFERSON PILOT INSURANCE**                   Michael S. Beaver
**COMPANY**,                                                          Catherine C. Crane

          Defendant.

## COURTROOM MINUTES

**MOTIONS HEARING**

**3:15 p.m.**      Court in Session

              APPEARANCES OF COUNSEL.

              Court's opening remarks.

              Plaintiff's Motion for Attorney Fees and Costs [doc. #249], filed March 9, 2009, is
              raised for argument.

3:27 p.m.      Argument by Plaintiff (Ms. Langhoff).

3:34 p.m.      Argument by Defendant (Mr. Beaver).

4:10 p.m.      Argument by Plaintiff (Mr. Roberts).

4:14 p.m.      Argument by Plaintiff (Ms. Langhoff).

| | |
|---|---|
| 4:20 p.m. | Argument by Defendant (Mr. Beaver). |
| 4:24 p.m. | Argument by Plaintiff (Mr. Roberts). |
| 4:25 p.m. | Argument by Defendant (Mr. Beaver). |
| 4:29 p.m. | Argument by Plaintiff (Ms. Langhoff). |
| 4:35 p.m. | Argument by Defendant (Mr. Beaver). |

**ORDERED:** Plaintiff's Motion for Attorney Fees and Costs [doc. #249], filed March 9, 2009, is **TAKEN UNDER ADVISEMENT.**

**4:43 p.m.** Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   1:28**