IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Case No. 02-cv-01533-WYD-BNB

JOHN A. DeGRADO,

    Plaintiff,

v.

JEFFERSON PILOT FINANCIAL INSURANCE COMPANY, a Nebraska Corporation

    Defendant.

## ORDER

THIS MATTER comes before the Court on Defendant Jefferson Pilot Financial Insurance Company's Motion to Vacate and Approval of Release of Supersedeas Bond (filed September 29, 2009).  The motion seeks to vacate the Court's Order of May 1, 2009 (Dkt. 281) which stayed execution of the judgment against Defendant and approved the supersedeas bond tendered by Jefferson in the amount of $803,623.48.  I find that good cause exists to grant the Motion.  Accordingly, it is

ORDERED that Jefferson Pilot Financial Insurance Company's Motion to Vacate and Approval of Release of Supersedeas Bond (filed September 29, 2009) is **GRANTED**.  In accordance therewith, it is

ORDERED that the May 1, 2009 stay order is **VACATED**.  The supersedeas bond posted by Defendant on or about May 1, 2009 is no longer in effect.

Dated: October 5, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge